UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS JOHNSON, et al.,

    Plaintiffs,

v.

SOUTHWEST AIRLINES CO., et al.,

    Defendants.

Case No. 20-cv-02598-SI

**ORDER GRANTING STIPULATION**

Re: Dkt. No. 34

On October 8, 2020 plaintiffs and defendant Alameda County ("County") filed a stipulation asking to postpone various deadlines associated with the County's motion to dismiss the First Amended Complaint so the parties could engage in settlement talks. Dkt. No. 34.

The Court hereby GRANTS the stipulation as follows:

(1) The deadline for plaintiffs' opposition to the County's motion to dismiss the First Amended Complaint shall be extended by two weeks from the current response date to October 27, 2020.

(2) The deadline for the County to file their reply is also extended by two weeks to November 10, 2020.

(3) The hearing on the County's motion to dismiss is hereby set for December 18, 2020 at 10 a.m.

Prior to the parties filing the above discussed stipulation, the Court consolidated the hearings on both defendants' motions to dismiss to be heard on November 13, 2020. **Defendant Southwest's motion to dismiss will still be heard on November 13, 2020**.

1    **IT IS SO ORDERED**.

2    Dated: October 14, 2020

3    _____

4    SUSAN ILLSTON
     United States District Judge