UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., et al.,<br><br>    Defendants. | Case No. 20-cv-02598-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  The parties will notify the Court of their Private Mediator and the date of Mediation by 3/5/2021.

FURTHER CASE MANAGEMENT: 7/30/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 1/31/2022.

DESIGNATION OF EXPERTS: 2/4/2022; REBUTTAL: 2/15/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/31/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 4/15/2022;
    Opp. Due: 4/29/2022; Reply Due: 5/6/2022;
    and set for hearing no later than 5/20/2022 at 10:00 AM.

PRETRIAL Paperwork due by: 6/14/2022.
PRETRIAL CONFERENCE DATE: 6/28/22 at 3:30 PM.

Jury TRIAL DATE: 7/11/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: February 26, 2021

_____
SUSAN ILLSTON
United States District Judge