United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., et al.,<br><br>Defendants. | Case No. 20-cv-02598-SI<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>Re: Dkt. No. 47 |

On February 18, 2021, defendant County of Alameda ("County") filed a notice informing the Court that the County and plaintiffs Misha Karigaca, Kenya Lattimore, Marcus Johnson, and Manuel Labrador (collectively "plaintiffs") entered into a settlement. The County concurrently filed a motion for determination of good faith settlement. Dkt. No. 47. A hearing on the County's motion is scheduled for March 26, 2021. Under Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and **VACATES** the March 26, 2021 hearing date.

The County argues that the settlement was made in good faith and furthers the interests of justice and public policy without prejudicing defendant Southwest Airlines Co ("Southwest"). *Id*. at 3-10. Neither Southwest nor plaintiffs filed an opposition to the County's motion.

Accordingly, the Court finds that the settlement between the County and plaintiffs was made in good faith. The Court **GRANTS** defendant County of Alameda's motion for determination of good faith settlement.

**IT IS SO ORDERED**.

Dated: March 24, 2021

_____
SUSAN ILLSTON
United States District Judge