UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    Defendant. | Case No. 20-cv-02598-SI<br><br>**ORDER REQUIRING STATUS OF MEDIATIOR SELECTION AND MEDIATION DATE BY SEPTEMBER 7, 2021** |

On July 30, 2021, the Court instructed the parties to file a joint status letter by August 13, 2021 notifying the Court of the parties' selection of mediator and mediation date. Dkt. No. 65. On August 13, 2021 and August 16, 2021, plaintiffs and defendant filed separate status letters, respectively, informing the Court the parties failed to select a mediator and mediation date. Dkt. Nos. 66; 67. Defendant was on vacation from August 9, 2021 to August 13, 2021. Dkt. No. 67 at 1.

Plaintiffs confirmed the availability of the following mediators and dates:

> Ronald Sabraw (JAMS) https://www.jamsadr.com/sabraw/
> Per the case manager Cynthia, Ronald Sabraw is available: Nov. 30
> Dec. 1, 2, 7, 8, 9, 14, and 15, 16
>
> Bill Cahill (JAMS) https://www.jamsadr.com/cahill/
> Per the case manager Scott, Bill Cahill is available: Nov. 1 and 30
> Dec. 1, 3, 7-9, and 14-17.
> Jim Lambden (ADR)
> https://www.adrservices.com/neutrals/lambden-james/
> Per the case manager Katy Jones, Jim Lambden is available: Dec. 1, 2, 3, 7, and 14-17

Dkt. No. 66 at 2.

Plaintiffs and defendant are hereby **ORDERED** to submit a joint status report by **September 7, 2021** notifying the Court of the parties' selected mediator and mediation date. The parties shall

select a mediator and mediation date from plaintiff's confirmed list of available mediators.

**IT IS SO ORDERED**.

Dated: September 2, 2021

_____
SUSAN ILLSTON
United States District Judge